IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IMAN ELSHAAR, WIFE,

      Appellant,

v.

YOUSSEF ALSAGHIR,
HUSBAND,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5773

Opinion filed September 3, 2014.

An appeal from the Circuit Court for Duval County.
David C. Wiggins, Judge.

Carole A. Vogel, Jacksonville, for Appellant.

Michael J. Korn and Donald E. Brown, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.